## Sucesión Orrach *v.* Sucesión Polanco.

Apelación procedente de la Corte de Distrito de Humacao. Moción para que se apruebe por este tribunal una relación de hechos.

No. 479.—Resuelto en junio 7, 1911.

Apelación—Exposición del Caso—Apreciación del Tribunal Sentenciador.—Cuando la transcripción de autos presentada para los efectos de una apelación carece de una exposición de hechos, el Tribunal Supremo no puede ir contra la apreciación de la prueba hecha por el tribunal sentenciador.

Id.—Opinión del Tribunal Sentenciador.—La omisión de una exposición de hechos no puede ser suplida por los hechos consignados en la opinión del tribunal sentenciador, pues no consta que esos hechos sean todos los que resultaron del juicio, ni que hayan sido aceptados por ambas partes en tiempo oportuno y con la correspondiente aprobación judicial, mediante el debido procedimiento de ley.

Id.—Aprobación de la Relación de Hechos por el Tribunal Supremo.—No puede el Tribunal Supremo aprobar una relación de hechos presentada por la parte apelante, cuando la transcripción de autos presentada a los efectos de la apelación carece de la exposición de hechos aprobada por la corte inferior con intervención de las partes.

Los hechos están expresados en la resolución.

Abogado de la parte promovente: *Sr. José de Guzmán Benítez.*

Abogado de la parte contraria: *Sr. Antonio Sarmiento.*

### RESOLUCIÓN.

*Por cuanto,* según esta Corte Suprema consignó en su opinión que sirvió de fundamento a la sentencia dictada con fecha 11 de noviembre del año próximo pasado, en el récord presentado para la decisión del recurso no vino escrito de exposición de hechos, sin que por tanto pudiéramos ir contra la apreciación que de los mismos hizo la corte inferior, según doctrina establecida en numerosas decisiones de este tribunal.

*Por cuanto* la omisión del escrito de exposición de hechos no puede ser subsanada o suplida por los hechos que la corte inferior estimó conveniente consignar en la opinión en que fundó su sentencia de 29 de julio de 1909, toda vez que ni consta que esos hechos sean todos los que resultaron del juicio, ni que hayan sido aceptados por ambas partes en tiempo oportuno y con la correspondiente aprobación judicial, mediante el debido procedimiento de Ley.

*Por cuanto* no hay términos hábiles para que esta corte acepte y firme, a los efectos del recurso de apelación interpuesto para ante la Corte Suprema de los Estados Unidos, la relación de hechos presentada por la representación de la parte apelante, a cuya aprobación se opone la representación de la parte apelada, pues le falta base de que partir para aprobar y firmar aquella relación de hechos, faltando como falta en el récord exposición de hechos aprobada por la corte inferior con intervención de las partes.

No ha lugar a aprobar y firmar la relación de hechos presentada por la parte apelante.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández, y Asociados MacLeary, Wolf, del Toro y Aldrey.